AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AC_____
DEPUTY

United States of America
v.
Edwin Javier CHINCHILLA-Lopez
XXX XXX 463

Case No. SA:25-MJ-1595

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 16, 2025 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry<br>Penalties: Maximum Penalties: 2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

*Complainant's signature*

David Salas, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
■ Sworn to telephonically and signed electronically.

Date: November 18, 2025

*Judge's signature*

City and state: San Antonio, Texas    Hon. Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Being duly sworn, I, DAVID SALAS, declare that the following is true and correct to the best of my knowledge:

1. I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since December 7, 2008. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

2. On or about November 16, 2025, **CHINCHILLA**-Lopez, Edwin Javier (hereafter referred to as **CHINCHILLA**), was encountered during a multi-agency operation that was conducted at 5959 San Pedro Avenue, San Antonio, Texas, 78212, in Bexar County. This location is within the Western District of Texas. **CHINCHILLA** was arrested and transported to ICE-ERO for processing.

3. At the South Texas ICE Processing Center, **CHINCHILLA**' fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that **CHINCHILLA** is a citizen and national of Honduras with assigned Alien Registration Number A-XXX-XXX-463. A review of A-XXX-XXX-463 in the Enforce Alien Removal Module ("EARM revealed that **CHINCHILLA** is an alien who was previously removed from the United States to Honduras on or about March 14, 2025.

4. Immigration databases revealed that **CHINCHILLA** has not been granted permission to reapply for admission from the Attorney General of the United States, or her successor, after his removal.

5. On November 17, 2025, the defendant was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Honduras upon his arrest. On November 17, 2025, the Consulate General of Honduras was notified of **CHINCHILLA**' arrest. An immigration detainer will be filed with the U.S. Marshals Service.

_____
David Salas
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically and signed electronically on the __18th__ day of November 2025.

_____
HON. HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE